[No. 15143-0-II.   Division Two.   March 24, 1994.]

MICHAEL BEIERMANN, *Appellant*, v. CHARLES
JACOBSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 88-2-09091-8, Paula Casey, J., entered June 20,

1991. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Morgan, C.J., and Seinfeld, J.